933 P.2d 87

# SUPREME COURT OF HAWAI'I

Order No. 97–9
January 31, 1997

| 18612 | Bumanglag v. Meyer | Affirmed |
| 18642 | Tice v. Hoff | Affirmed |
| 19133 | State v. Cordero | Affirmed |

Order No. 97–10
January 31, 1997

| 19102 | State v. Pawn | Vacated in part, Granted in part |

Order No. 97–11
February 4, 1997

| 19109 | State v. Hinton | Vacated in part, Granted in part, Affirmed in part |

Order No. 97–12
February 14, 1997

| 18813 | State v. Waki | Affirmed in part, Vacated in part |

Order No. 97–13
February 14, 1997

| 18828 | State v. Kaihewalu | Affirmed in part, Reversed in part |